246 So.2d 680

**James GASPARD, Individually and as the Administrator of the Estate of the Minor, Mattie June Gaspard**

v.

**LIBERTY MUTUAL INSURANCE COMPANY and Alvin Bordelon, Sr.**

No. 51272.

April 22, 1971.

In re: James Gaspard, Individually and as the Administrator of the Estate of the Minor, Mattie June Gaspard applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Avoyelles. 243 So.2d 839.

Writ denied. The result is correct.

246 So.2d 680

**June HOCKWALD, wife of Jacques de Bony de LAVERGNE**

v.

**Jacques de Bony de LAVERGNE.**

No. 51296.

April 22, 1971.

In re: Jacques de Bony de Lavergne applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 244 So.2d 698.

Writ refused. The judgment of the Court of Appeal is correct.